JACOB KATZ, Respondent, v BENEDETTO MARRA, Appellant.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not

finally determine the action within the meaning of the Constitution.